| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Dana Grant-Covert<br>　　　　　　　Plaintiff<br><br>v.<br><br>Mortgage Access Corp. d/b/a Weichert Financial Services<br>Wells Fargo, N.A.<br>Zucker, Goldberg & Ackerman, LLC | Case No.: | 15-20394-ABA |
| | Chapter: | 7 |
| In Re:<br><br>Dana Grant-Covert<br>69 Greenvale Road<br>Cherry Hill, NJ 08034<br>xxx-xx-4059 | Adv. No.: | 15-02041 |
| | Hearing Date: | n/a |
| | Judge: | Andrew B. Altenburg |

## CERTIFICATION OF SERVICE

1. I, Dana Grant-Covert :

   ☐ represent _____ in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☒ am the ____Plaintiff____ in the this case and am representing myself.

2. On ____November 6, 2015____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Weichert Financial
   Zucker Goldberg & Ackerman
   Wells Fargo, N.A
   Reed Smith, LLP

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/07/2015

_Dana Grant-Covert_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Weichert Financial<br>225 Littleton Road<br>Morris Plains, NJ 07950 | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Zucker Goldberg & Ackerman<br>200 Sheffield Street<br>Suite 101<br>Mountainside, NJ 07092 | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo, N.A<br>101 N. Phillips Ave<br>Sioux Falls, SD 57104 | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Reed Smith, LLP<br>1717 Arch Street<br>Philadelphia PA 19103 | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

English　　Customer Service　　USPS Mobile　　　　　　　　　　　　　Register / Sign In

**USPSCOM**

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

MORRIS PLAINS, NJ 07950　　OFFICIAL USE

| Certified Mail Fee | $3.45 | |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | NOV -6 2015 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.86 | |
| Total Postage and Fees | $8.11 | |

Sent To: Weichert
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047　See Reverse for Instructions

7015 0640 0003 1462 3615

70150640000314623615

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™　　Return Receipt
See tracking for related item:

| Date/Time | Status | Location |
|---|---|---|
| November 10, 2015, 8:57 am | | MORRIS PLAINS, NJ 07950 |
| November 7, 2015, 11:10 am | Arrived at USPS Facility | JERSEY CITY, NJ 07097 |
| November 6, 2015, 8:45 pm | Departed USPS Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 8:30 pm | Arrived at USPS Origin Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 4:09 pm | Acceptance | CHERRY HILL, NJ 08002 |

**Tracking (or receipt) number**

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X M Cusack ☐ Agent ☐ Addressee
B. Received by (Printed Name): M Cusack
C. Date of Delivery: 11-10-15
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Service Type:
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1. Article Addressed to:
Weichert Financial
225 Littleton Road
Morris Plains, NJ 07950

2. Article Number (Transfer from service label)
7015 0640 0003 1462 3615

9590 9403 0392 5163 2008 42

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Contact Us　　About USPS Home　　Business Customer Gateway
Site Index　　Newsroom　　Postal Inspectors
FAQs　　USPS Service Updates　　Inspector General
　　Forms & Publications　　Postal Explorer
　　Government Services　　National Postal Museum
　　Careers　　Resources for Developers

https://tools.usps.com/go/TrackConfirmAction.action?tRef=full

English   Customer Service   USPS Mobile   Register / Sign In

USPS.COM

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MOUNTAINSIDE, NJ 07092

| Certified Mail Fee | $3.45 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.86 |
| Total Postage and Fees | $8.11 |

Postmark: ELLISBURG STATION, CHERRY HILL, NJ 08003, NOV -6 2015, 11/06/2015

Sent To: Zucker Goldberg Ackerman
Street and Apt. No., or PO Box No.:
City, State, ZIP+4®:

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

70150640000314623622

Monday, November 9, 2015

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™   Return Receipt

See tracking for related item:

| Date/Time | Status | Location |
|---|---|---|
| November 9, 2015, 11:35 am | | MOUNTAINSIDE, NJ 07092 |
| November 7, 2015, 11:10 am | Arrived at USPS Facility | JERSEY CITY, NJ 07097 |
| November 6, 2015, 8:45 pm | Departed USPS Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 8:30 pm | Arrived at USPS Origin Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 4:03 pm | Acceptance | CHERRY HILL, NJ 08002 |

**Tracking (or receipt) number**

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

2. Article Number (Transfer from service label): 7015 0640 0003 1462 3622

9590 9403 0392 5163 2008 28

1. Article Addressed to:
Zucker, Goldberg +
Ackerman
200 Sheffield St Suite
Mountainside NJ 07092

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Jun Labega — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Jun Labega
C. Date of Delivery: 11/9/15
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Contact Us   About USPS Home   Business Customer
Site Index   Newsroom   Postal Inspectors
FAQs   USPS Service Updates   Inspector General
   Forms & Publications   Postal Explorer
   Government Services   National Postal Museum
   Careers   Resources for Developers

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fu...

English　　　Customer Service　　　USPS Mobile　　　　　　　　　　　　Register / Sign In

≡USPS.COM

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SIOUX FALLS, SD 57104

| Certified Mail Fee | $3.45 | 0002 |
|---|---|---|
| | | 10 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $1.86

Total Postage and Fees $8.11

Sent To Wells Fargo
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark: ELLISBURG STATION, NOV -6 2015, CHERRY HILL, NJ 08002, 11/06/2015

PS Form 3800, April 2015 PSN 7530-02-000-9047　　See Reverse for Instructions

7015 0640 0003 1462 3592

Monday, November 9, 2015

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™　　Return Receipt

See tracking for related item:

November 9, 2015, 9:21 am　　　　　　　　　　SIOUX FALLS, SD 57104

| Date | Status | Location |
|---|---|---|
| November 8, 2015, 11:15 pm | Departed USPS Destination Facility | SIOUX FALLS, SD 57104 |
| November 8, 2015, 2:49 pm | Arrived at USPS Destination Facility | SIOUX FALLS, SD 57104 |
| November 7, 2015, 1:30 am | Departed USPS Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 8:30 pm | Arrived at USPS Origin Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 4:07 pm | Acceptance | CHERRY HILL, NJ 08002 |

**Tracking (or receipt) number**

PS Form 3811, April 2015 PSN 7530-02-000-9053　Domestic Return Receipt

2. Article Number: 7015 0640 0003 1462 3592
9590 9403 0392 5163 2008 35

1. Article Addressed to:
Wells Fargo
101 North Phillips Ave
Sioux Falls, SD 57104

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)　　C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullp

English　　　Customer Service　　　USPS Mobile　　　　　　　　　　　　　　　　　Register / Sign In

USPS.COM

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

PHILADELPHIA, PA 19103　　OFFICIAL USE

Certified Mail Fee　$3.45　　$2.80　0002 10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)　　$ $0.00
☐ Return Receipt (electronic)　　$ $0.00　　Postmark Here
☐ Certified Mail Restricted Delivery　$ $0.00
☐ Adult Signature Required　　$ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage　$1.86
Total Postage and Fees　$8.11

Sent To _Reed Smith_
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047　See Reverse for Instructions

Postmark: NOV -6 2015 ELLISBURG STATION, CHERRY HILL, NJ 08002

7015 0640 0003 1462 3608

Tuesday, November 10, 2015

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™　　Return Receipt

See tracking for related item:

7015064000314623608

| Date | Status | Location |
|---|---|---|
| November 12, 2015, 7:12 am | | PHILADELPHIA, PA 19103 |
| November 9, 2015, 11:52 am | Available for Pickup | PHILADELPHIA, PA 19103 |
| November 9, 2015, 11:33 am | Arrived at Unit | PHILADELPHIA, PA 19103 |
| November 9, 2015, 6:20 am | Departed USPS Facility | PHILADELPHIA, PA 19176 |
| November 7, 2015, 11:22 am | Arrived at USPS Facility | PHILADELPHIA, PA 19176 |
| November 6, 2015, 8:45 pm | Departed USPS Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 8:30 pm | Arrived at USPS Facility | BELLMAWR, NJ 08031 |
| November 6, 2015, 4:05 pm | Acceptance | CHERRY HILL, NJ 08002 |

**Return Receipt (PS Form):**

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Reed Smith, LLP
1717 Arch Street
Philadelphia, PA 19103

2. Article Number (Transfer from service label)
7015 0640 0003 1462 3608

9590 9403 0392 5163 2008 11

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

COMPLETE THIS SECTION ON DELIVERY
A. Signature X _(signature)_ ☐ Agent ☐ Addressee
B. Received by (Printed Name) _FRONT DESK_
C. Date of Delivery NOV 10 2015
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

PS Form 3811, April 2015 PSN 7530-02-000-9053　Domestic Return Receipt

Tracking (or receipt) number